1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYB 4294443)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7296
8      Facsimile:     (415) 436-7234
       Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   CR 09-0373 (SI)
                                      )
17      Plaintiff,                    )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME UNDER FED. R. CRIM.
18      v.                            )   18 U.S.C. § 3161
                                      )
19 REFUGIO SANDOVAL DELGADILLO,       )
   a/k/a Miguel Delgadillo Sandoval,  )
20 a/k/a Luis Manuel Lopez Sandoval,  )
   a/k/a Mario Lopez Rodrigues, and   )
21 a/k/a Miguel Angel Lopez,          )
                                      )
22      Defendant.                    )
                                      )
23 ─────────────────────────────────

24     On May 11, 2009, the parties in this case appeared before the Court for a status

25 conference. At that time, the parties requested, and the Court agreed, to continue this matter for a

26 status conference, and possible change of plea and sentencing, on June 26, 2009.  The parties

27 agree that, taking into account the public interest in prompt disposition of criminal cases, good

28 cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
SANDOVAL-DELGADILLO; CR 09-0373 (SI)                                      1

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for defense counsel's effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: May 11, 2009              /s/
                                        BENJAMIN P. TOLKOFF
                                        Assistant United States Attorney

DATED: May 11, 2009              /s/
                                        LOREN G. STEWART
                                        Attorney for REFUGIO SANDOVAL-DELGADILLO

For the reasons stated above, the Court finds that the continuation of this matter from May 11, 2009, to June 26, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED:_____                           _____
                                          THE HONORABLE SUSAN ILLSTON
                                          United States District Court Judge